IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRENE MANETZ,

    Plaintiff,

v.                                     CASE NO. 22-cv-11334

ENDO PHARMACEUTICALS, INC.,     HON. VICTORIA A. ROBERTS

    Defendant.
_____

## ORDER ADMINISTRATIVELY CLOSING CASE

On September 8, 2022 Defendant, Endo Pharmaceuticals, Inc., filed a Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings [ECF No. 7], pending the disposition of issues in the Bankruptcy Court, which may dispose of this litigation. *See* 11 U.S.C. § 362(a)(1).

The Court **ADMINISTRATIVELY CLOSES** this action, without prejudice to the right of the parties to reopen the proceedings, for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

    **SO ORDERED.**

                                                s/ Victoria A. Roberts
                                               United States District Court Judge

Dated:  9/28/2022