IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRENE MANETZ,

    Plaintiff,

v.                                              CASE NO. 22-cv-11334

ENDO PHARMACEUTICALS, INC.,                     HON. VICTORIA A. ROBERTS

    Defendant.

| | |
|---|---|
| JOSH SANFORD<br>Sanford Law Firm, PLLC<br>Attorneys for Plaintiff<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy.,<br>Suite 510<br>Little Rock, AR 72211<br>T: (501) 221-0088<br>F: (888) 787-2040<br>josh@sanfordlawfirm.com | CHRISTOPHER R. MIKULA (P69661)<br>Ogletree, Deakins, Nash,<br>Smoak & Stewart. PLLC<br>Attorneys for Defendant<br>34977 Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>T: (248) 593-6400<br>F: (248) 283-2925<br>christopher.mikula@ogletree.com |

## NOTICE OF BANKRUPTCY DISCHARGE

**PLEASE TAKE NOTICE** that on August 16, 2022, voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") were filed by Endo International plc and certain of its debtor affiliates, including Defendant Endo Pharmaceuticals, Inc. (together with certain debtor affiliates which filed voluntary petitions under the Bankruptcy Code on May 25,

2023, and May 31, 2023, respectively, the "Debtors")[1] in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors' bankruptcy cases are jointly administered under the caption *In re Endo International plc*, Case No. 22-22549.

PLEASE TAKE FURTHER NOTICE that on March 22, 2024, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the Fourth Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors; and (II) Approving the Disclosure Statement with Respect Thereto* [Docket No. 3960] (the "Confirmation Order"), confirming the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors* [Docket No. 3849] (the "Plan"),[2] attached hereto as **Exhibit A**.

---

[1] The last four digits of Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan, the Disclosure Statement, or the Confirmation Order, as applicable. Additional Plan Documents may be found on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo.

**PLEASE TAKE FURTHER NOTICE** that substantial consummation (as such term is defined by Section 1101(2) of the Bankruptcy Code) took place, and the Effective Date with respect to the Plan occurred, on April 23, 2024. *See Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) The Administrative Expense Claims Bar Date* [Docket No. 4212], attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, as of the Effective Date, and without further action by any party, the discharge arising pursuant to Section 1141(d) of the Bankruptcy Code[3] of, among other things, Claims and Causes of Action, including with respect to the above-captioned proceeding, took effect. *See* Plan § 10.7. The Plan and the discharge injunction enjoin any party from, among other things, commencing or continuing any action or other proceeding in connection with Claims or Interests against the Debtors and the Post-Emergence Entities. *See* Plan § 10.8.

---

[3] Section 1141(d)(1) of the Bankruptcy Code, referenced in the Plan as further detailed in **Exhibit A** attached hereto, provides: "Except as otherwise provided in this subsection, in the plan, or in the order confirming the plan, the confirmation of a plan: (A) discharges the debtor from any debt that arose before the date of such confirmation, and any debt of a kind specified in section 502(g), 502(h), or 502(i) of this title, whether or not: (i) a proof of the claim based on such debt is filed or deemed filed under section 501 of this title; (ii) such claim is allowed under section 502 of this title; or (iii) the holder of such claim has accepted the plan; and (B) terminates all rights and interests of equity security holders and general partners provided for by the plan."

Dated: July 17, 2024

Respectfully Submitted,

s/Christopher R. Mikula
CHRISTOPHER R. MIKULA (P69661)
Ogletree, Deakins, Nash,
Smoak & Stewart, PLLC
Attorneys for Defendant
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
T: (248) 593-6400
christopher.mikula@ogletree.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2024 I caused a true and complete copy of Defendant Endo Pharmaceuticals, Inc.'s Notice of Bankruptcy Discharge to be electronically filed with the Clerk of Court using the ECF System, which will send notification of such filing to all ECF participants.

Dated:   July 17, 2024

      *Christopher R. Mikula*
CHRISTOPHER R. MIKULA (P69661)
Ogletree, Deakins, Nash,
Smoak & Stewart, PLLC
Attorneys for Defendant
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
T: (248) 593-6400
christopher.mikula@ogletree.com