IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRENE MANETZ,

    Plaintiff,

v.  CASE NO. 22-cv-11334

ENDO PHARMACEUTICALS, INC.,  HON. VICTORIA A. ROBERTS

    Defendant.

| | |
|---|---|
| JOSH SANFORD<br>Sanford Law Firm, PLLC<br>Attorneys for Plaintiff<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy.,<br>Suite 510<br>Little Rock, AR 72211<br>T: (501) 221-0088<br>F: (888) 787-2040<br>josh@sanfordlawfirm.com | CHRISTOPHER R. MIKULA (P69661)<br>Ogletree, Deakins, Nash,<br>Smoak & Stewart. PLLC<br>Attorneys for Defendant<br>34977 Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>T: (248) 593-6400<br>F: (248) 283-2925<br>christopher.mikula@ogletree.com |

## INDEX OF EXHIBITS

Exhibit A –  Fourth Amended Joint Chapter 11 Plan of Reorganization of Endo International plc and its Affiliated Debtors

Exhibit B -  Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) The Administrative Expense Claims Bar Date